UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON MACDONALD,
    Plaintiff,

vs.                            Case No.: 3:23cv17133/LAC/ZCB

SECRETARY DEPARTMENT OF
CORRECTIONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff is a Florida prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). On July 5, 2023, the Court ordered Plaintiff to file an amended complaint on the Court-approved form.[1] (Doc. 4). The Court additionally ordered him to either submit payment of the filing fee in the amount of $402.00 or file a complete motion to proceed in forma pauperis (IFP) on the Court form. (*Id.*). The Court set a thirty-day deadline for Plaintiff to comply with the order and warned him that his failure to comply would result in a recommendation of dismissal of this case. (*Id.*).

---

[1] The Court directed the Clerk of Court to provide Plaintiff with the complaint form. (Doc. 4 at 3). The docket indicates that the Clerk did so.

1

Plaintiff filed an amended complaint (Doc. 6), but he did not file it on the Court-approved form as the Court directed him to do (and as the Local Rules require, N.D. Fla. Loc. R. 5.7(A)).  (*Id.*).  Plaintiff also did not pay the filing fee or file an IFP motion by the Court-ordered deadline.  On August 30, 2023, the Court issued an order notifying Plaintiff of his non-compliance and giving him **one final opportunity** to file an amended complaint on the Court form and either pay the filing fee or file a complete IFP motion.  (Doc. 7).  The Court notified Plaintiff that if he did not comply with the order within thirty days, then the undersigned would recommend dismissal of this case.  (*Id.*).  The deadline for compliance with the Court's order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.  *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to file an amended complaint as directed); *Castro v. FDIC*, 449 F. App'x 786, 788 (11th Cir. 2011) (affirming dismissal for failure to pay filing fee or submit an application to proceed IFP).

At Pensacola, Florida, this 16th day of October 2023.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

3